14.324.GR



# CITY OF SAN ANTONIO

OFFICE OF THE CITY ATTORNEY, PROSECUTION DIVISION

Savita Rai, Assistant City Attorney

401 South Frio, 2nd Floor
Frank Wing Municipal Court Building
SAN ANTONIO, TX 78207

2015 MAR 19

IN THE COURT OF APPEALS
AT SAN ANTONIO
FILED

March 17, 2015

Donna K. McKinney
Bexar County District Clerk
Paul Elizondo Tower
101 W. Nueva, Suite 217
San Antonio, Texas 78205-3411

District Court Non-Jury Setting Clerk
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205

County Court Civil Presiding Judge
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205

District Court Jury Setting Clerk
Bexar County Courthouse, Suite 422
100 Dolorosa, Suite 422
San Antonio, Texas 78205

County Court Jury Setting Clerk
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205

County Clerk Non-Jury Setting Clerk
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205

United States District Court Clerk
Western District of Texas
U.S. District Clerk's Office
655 E. Cesar E. Chavez. Blvd., Room G65
San Antonio, Texas 78206

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste 3200
San Antonio, Texas 78205-3037

RE:   Vacation Notice for Savita Rai, Assistant City Attorney
       SBN: 24013368

Dear Ladies and Gentlemen:

In compliance with the local rules, please be advised that I will be unavailable for Court appearances beginning April 16, 2015, and ending April 24, 2015.

I request that no hearings be set on any case on which I am designated as lead counsel at that time. Thank you for your attention to this matter. If you should have any questions, please do not hesitate to contact me.

Sincerely,
/S/
Savita Rai
Assistant City Attorney

SR/mts

cc:    Mr. Carleton B. Spears
Law Offices of Carleton B. Spears
330 North Park
San Antonio, Texas 78216

cc:    Mr. Mark J. Cannan
Clemens & Spencer, P.C.
112 E. Pecan St., Suite 1300
San Antonio, Texas 78205-1531

cc:    Mr. Eduardo Flores
The Law Offices of Eduardo Flores
709 E. Quincy
San Antonio, Texas 78215

cc:    Mr. David E. Wheeler
Attorney at Law
8018 Broadway St. Ste. 101
San Antonio, Texas 78209-2655

cc:    Mr. Jim Deegear
James O. Deegear III, PLLC
441 Burr Rd.
San Antonio, Texas 78209

cc:    Mr. John Steven Dwyer
John Dwyer & Associates
4207 Gardendale, Suite 104-B
San Antonio, Texas 78229

cc:    Mr. Reed Greene
Attorney at Law
26254 IH 10 West
Boerne, Texas 78006

cc:    Mr. Frank Burney
Martin and Drought, PC
300 Convent St., Suite 2500
San Antonio, Texas 78205

cc:    Mr. Van G. Hilley
Goldstein, Goldstein and Hilley
310 S. St. Mary's St.
29th Floor Tower Life Bldg.
San Antonio, Texas 78205

cc:    Mr. Farnoush Saffarpour
Paralegal
Uber Technologies, Inc.
1455 Market Street, 4th Floor
San Francisco, CA 94103

cc:    Ms. Michelle Maloney
Marynell Maloney Law Firm, PLLC
115 East Travis, Suite 1800
San Antonio, Texas 78205

cc:    Ms. Judith Gray
Judith A. Gray, PLLC
P.O. Box 91318
San Antonio, Texas 78209

cc:    Ms. Cynthia E. Orr
Goldstein, Goldstein and Hilley
310 S. St. Mary's St.
29th Floor Tower Life Bldg.
San Antonio, Texas 78205

cc:    Mr. Jaay Neal
Law Offices of Jaay D. Neal
322 W. Woodlawn Avenue
San Antonio, Texas 78212

cc:  Mr. Rudy Mendez
2527 Hicks
San Antonio, Texas 78210

cc:  Mr. Trey Wilson
RL Wilson Law
111 W. Olmos Drive
San Antonio, Texas 78212

cc:  Mr. Edward L. Bravenec
The Law Office of McKnight &
Bravenec
405 S. Presa St.
San Antonio, Texas 78205

cc:  Law Offices of John A. Longoria
301 South Main
San Antonio, Texas 78204

cc:  Mr. Michael W. White
Attorney at Law
1216 West Ave., Suite 1
San Antonio, Texas 78201

cc:  Ms. Melissa Lesniak
Attorney at Law
4839 San Cristobal
San Antonio, Texas 78251

cc:  Mr. Matthew J. Obermeier
Oliva, Saks, Garcia & Curiel
14255 Blanco Rd.
San Antonio, Texas 78216

cc:  Mr. Franz M von Hoffman
Law Office of F.M. von Hoffman
512 Second St., Ste. 1
Graham, Texas 76450

cc:  Ms. Marilyn Stewart
1010 Denver
San Antonio, Texas 78210